JS - 6

FILED
CLERK, U.S. DISTRICT COURT

December 17, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ J. Gomez _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOHN GREIN, | ) Case No. EDCV 14-02108 AN |
|     Petitioner, | ) |
|     v. | ) JUDGMENT |
| KEVIN CHAPPELL, | ) |
|     Respondent. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Habeas Petition as Time-Barred.


Dated:  December 17, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE